IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, NORTHERN DIVISION

```
UNITED STATES OF AMERICA    )
                            )    CRIMINAL ACTION NO.
     v.                     )        2:23cr297-MHT
                            )            (WO)
JAQUONTEZ KIERTRIE SCOTT    )
```

**SUPPLEMENTAL ORDER ON CONDITIONS OF SUPERVISED RELEASE**

In accordance with the conditions of supervision in the judgment of conviction entered today, it is ORDERED that:

(1) Within 63 days of the commencement of supervised release, the United States Probation Office shall arrange for defendant Jaquontez Kiertrie Scott to receive substance-abuse and mental-health treatment in accordance with the detailed recommendations of Dr. Ashley Christiansen. *See* Forensic Psychological Evaluation (Doc. 26-1) at 18-19. If defendant Scott does not complete the Residential Drug Abuse Program while incarcerated, he shall receive substance-abuse treatment in the form of an inpatient program which lasts for six months to a year. The mental-health

treatment shall include psychotherapy to help defendant Scott develop adaptive and stress management skills to deal with stressors, emotional difficulties, anger, and hypervigilance.

(2) Within 70 days of the commencement of supervised release, the United States Probation Office shall file a report on the status of the arrangements required above and on how defendant Scott is faring.

(3) The United States Probation Office shall ensure that, prior to beginning evaluation or treatment, any mental-health practitioner treating defendant Scott receives a copy of the psychological evaluation conducted by Dr. Ashley Christiansen (Doc. 26-1).

(4) The United States Probation Office shall also arrange for defendant Scott to study for a GED if he has not obtained one while incarcerated.

DONE, this the 4th day of March, 2024.

/s/ Myron H. Thompson
**UNITED STATES DISTRICT JUDGE**